UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONNIE HALTON, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-4274-B |
| | § | |
| STEPHEN DUPLANTIS, et al., | § | |
|     Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the findings, conclusions, and recommendation, *Defendants' Motion for Judgment on the Pleadings Under Fed. R. Civ. P. 12(b)(2) and 12(c) and Brief in Support*, filed November 28, 2012 (doc. 11) is **GRANTED**. By separate judgment, the plaintiff's claims against the defendants will be dismissed with prejudice.

SO ORDERED, this 20th day of March, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE